**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|   |   |   |
|---|---|---|
| Quince Imaging, Inc., | ) | |
| *Plaintiff*, | ) ) ) | |
| *v.* | ) ) | Civil Action No. 1:19-cv-848-LO-JFA |
| Ezetrick D. Coleman, | ) ) ) | |
| *Defendant* | ) ) | |

## ANDREW P. SELMAN'S MOTION TO WITHDRAW

NOW COMES Andrew P. Selman, Esq., pursuant to Local Rule 83.1(G), and hereby respectfully moves this Court to be allowed to withdraw as counsel for Plaintiff Quince Imaging, Inc. for the reasons outlined in the accompanying memorandum.

*/s/ Andrew P. Selman*_____
Andrew P. Selman (VSB No. 91060)
VANDEVENTER BLACK LLP
901 East Byrd Street, Suite 1600
Richmond, Virginia 23219
Telephone:     (804) 237-8800
Facsimile:       (804) 237-8801
Email:             aselman@vanblacklaw.com

## CERTIFICATE OF SERVICE

      I certify that on October 11, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to:

Samuel C. Moore
Law Office of Samuel C. Moore, PLLC
526 King St., Suite 506
Alexandria, VA 22314
scmoore@scmoorelaw.com

                                                                                 */s/ Andrew P. Selman*_____