UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Quince Imaging, Inc., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-848-LO-JFA |
| ) | |
| Ezetrick D. Coleman, ) | |
| ) | |
| *Defendant* ) | |
| ) | |

**PROPOSED ORDER GRANTING ANDREW P. SELMAN'S
MOTION TO WITHDRAW**

THIS CAUSE having come before the Court on Andrew P. Selman's motion to withdraw, and the Court having reviewed said motion, it is thereupon,

ORDERED as follows:

1. Andrew P. Selman is granted leave to withdraw as counsel to Quince Imaging, Inc.

2. The effective date of the withdrawal of Mr. Selman as to counsel to Quince Imaging, Inc. shall be the date of entry of this Order; and

3. James K. Donaldson will continue to represent Quince Imaging, Inc. at the law firm of Vandeventer Black LLP.

This the _____ day of _____, 2019.

_____
United States District Judge