UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Quince Imaging, Inc., | ) |
|     *Plaintiff*, | ) |
| *v.* | ) Civil Action No. 1:19-cv-848-LO-JFA |
| Ezetrick D. Coleman, | ) |
| *Defendant* | ) |

**ANDREW P. SELMAN'S MEMORANDUM**
**IN SUPPORT OF MOTION TO WITHDRAW**

NOW COMES Andrew P. Selman, Esq., pursuant to Local Rule 83.1(G), and in support of his Motion to Withdraw states as follows:

I request the Court's permission to withdraw as counsel for Plaintiff Quince Imaging, Inc. as I have accepted another position and am leaving Vandeventer Black LLP. Vandeventer Black LLP will continue to represent Quince Imaging, Inc. through James K. Donaldson, Of Counsel. Mr. Donaldson has noted an appearance in this case. Quince Imaging, Inc. has been provided reasonable notice of my withdrawal.

    */s/ Andrew P. Selman*
    Andrew P. Selman (VSB No. 91060)
    VANDEVENTER BLACK LLP
    901 East Byrd Street, Suite 1600
    Richmond, Virginia 23219
    Telephone:    (804) 237-8800
    Facsimile:    (804) 237-8801
    Email:    aselman@vanblacklaw.com

## CERTIFICATE OF SERVICE

      I certify that on October 11, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to:

Samuel C. Moore
Law Office of Samuel C. Moore, PLLC
526 King St., Suite 506
Alexandria, VA 22314
scmoore@scmoorelaw.com

                                            */s/ Andrew P. Selman*_____